**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF T.S. | : | No. 303 WAL 2018 |
| | : | |
| | : | |
| PETITION OF: P.G., JR., NATURAL | : | Petition for Allowance of Appeal from |
| FATHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.